# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | JUDGE DAN A. POLSTER |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No: 1:10cr227 |
| ) | |
| JEFFREY A. EVANS ) | |
| JOHN P. WESTON, ) | **S U M M O N S** |
| ) | |
| Defendant(s). ) | |
| ) | |
| ) | |

TAKE NOTICE that the above-named defendants are hereby SUMMONED to appear for **ARRAIGNMENT** at **11:30 a.m.**, **Thursday, June 3, 2010,** before Judge Dan Aaron Polster, in **courtroom 18B**, U.S. District Court, 801 W. Superior Ave., **Cleveland**, OH.

**Photo I.D. is required to enter the Courthouse.**

                                                                                                 GERI M. SMITH  
                                                                                                  Clerk of Court

By    */s/Robert T. Pitts 5/19/10*  
                  Robert T. Pitts  
                  Deputy Clerk  
                  (216) 357-7192