UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
PASSPORT RECEIPT #C270

**Receipt of Passport** (Section1)

Name: JEFFREY ALLEN EVANS  Case Number: 1:10cr 227

Date Rec'd: 2/19/05  Passport Number: 404390391

Country of Origin: USA

Expiration Date: 2/18/2015

_Jeffrey A. Evans_  _Kitty O Cullins_
Signature of Individual Surrendering Passport    Clerk's Signature

☑ Copy of Receipt Provided to Defendant or Individual Surrendering Passport

**Return of Passport** (Section2)

Date Returned:  Rec'd by:

 Rec'd from:

Purpose Returned:

Address (If Mailed):

Signature of Individual Retrieving Passport  Clerk's Signature