UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CASE NO. 1:10CR00227-DAP |
| Plaintiff, | : | |
| | : | JUDGE: DAN AARON POLSTER |
| vs. | : | |
| JEFFREY EVANS | : | **MOTION TO TRAVEL** |
| Defendant. | : | |

    Now comes the Defendant, JEFFREY EVANS, by and through undersigned counsel, and hereby moves this Honorable Court to permit Defendant, Jeffrey Evans, to travel to South Carolina. Mr. Evans's Grandfather's Step-Son just passed away. Mr. Evans is requesting to travel between the dates of August 27 to August 30, 2010. Mr. Evans will be staying with his Grandfather at 2624 Brick Drive, Longs, South Carolina 29568

    WHEREFORE, Defendant prays that his Motion to Travel be granted.

        Respectfully submitted,

        MILANO WEISER ATTORNEYS AT LAW

        /s Jay Milano
        JAY MILANO (0008204)
        RACHEL MAY WEISER  (0070092)
        MilanoLaw Building
        2639 Wooster Road
        Rocky River, OH 44116
        (440) 356-2828 Telephone
        (440) 356-2873 Facsimile
        email: jm@milanolaw.com
        Attorney for Defendant, Jeffrey Evans

## CERTIFICATE OF SERVICE

A copy of the Motion to Travel was sent via electronic filing on this <u>17th</u> day of August 2010 to:

Robert Kern
Jane Corrigan
Office of the U.S. Attorney-Cleveland
Northern District of Ohio, Suite 400
801 Superior Avenue, W
Cleveland, Ohio 44113

        Respectfully submitted,
        MILANO WEISER ATTORNEYS AT LAW

        /s Jay Milano
        JAY MILANO (0008204)
        RACHEL MAY WEISER  (0070092)
        Attorney for Defendant, Jeffrey Evans