| PROB 22 (Rev. 2/88) | | DOCKET NUMBER *(Tran. Court)* 1:10CR00227-001 |
|---|---|---|
| **TRANSFER OF JURISDICTION** | | DOCKET NUMBER *(Rec. Court)* 2:11CR-00101 |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE: EVANS, Jeffrey | DISTRICT NORTHERN DISTRICT OF OHIO | DIVISION Eastern |
|---|---|---|
| | NAME OF SENTENCING JUDGE Dan Aaron Polster | |
| | DATES OF PROBATION/SUPERVISED RELEASE: | FROM 11/01/2010 — TO 10/31/2012 |

OFFENSE

18 U.S.C. § 1028(a)(3) - Trafficking in False Identification Documents

### PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE <u>NORTHERN DISTRICT OF OHIO</u>

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the Southern District of Ohio upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

4/14/11
Date

[signature]
United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

### PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE Southern District of Ohio

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

4/26/2011
Effective Date

[signature] George C. Smith
United States District Judge