FILED
JAMES BONINI
CLERK

**United States District Court**
**Northern District of Ohio**
**801 W. Superior Avenue**
**Cleveland, Ohio 44113**

2011 MAY -9 AM 11: 53

U.S. DISTRICT COURT
SOUTHERN DIST. OHIO
EAST. DIV. COLUMBUS

May 5, 2011

U.S. District Court
Joseph P. Kinneary
United States Courthouse
85 Marconi Boulevard, Room 121
Columbus, OH 43215-2835

Re: OHND No. 1:10cr227
OHSD No. 2:11cr101
USA v. Evans, Jeffrey A.

Pursuant to Prob 22 Transfer of Jurisdiction filed in the Northern District of Ohio on May 5, 2011, the enclosed record for **Jeffrey A. Evans** is being sent to the Southern District of Ohio. Please acknowledge receipt of certified copy of Docket Sheet, Indictment, and Judgment by returning a time-stamped copy of this memo in the enclosed envelope.

You can access all documents electronically through CM/ECF Quick Query at http://ecf.ohnd.cir6.dcn/cgi-bin/pquery.pl . **No log in or password is needed.**

Sincerely,

s/ R. Bradway

Rose Bradway
Deputy Clerk
Rose_Bradway@ohnd.uscourts.gov
216-237-7014